UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SANDRA M. TINCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:14-CV-493-PLR-HBG |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Order, the Report and Recommendation of the Magistrate Judge [R. 16] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the plaintiff's motion for judgment on the pleadings [R. 11] is **DENIED**; the Commissioner's motion for summary judgment [Doc. 14] is **GRANTED**; the Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED**; and this case is **DISMISSED**.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**